# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Applicant,<br><br>　vs.<br><br>MARIANA BORTIS,<br><br>　　　　Respondent. | Case No. CV 25-07732 GW (AGRx)<br><br>**ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH ADMINISTRATIVE SUBPOENA SHOULD NOT BE ISSUED**<br><br>**NOTE CHANGES MADE BY COURT** |

1  The Applicant, the Securities and Exchange Commission ("SEC"), having filed
2  an Application for an Order to Show Cause and an Application for Order Compelling
3  Compliance with Administrative Subpoena served upon Respondent Mariana Bortis
4  ("Respondent"), the Court having considered the Application and documents filed in
5  support thereof, and good cause having been shown, the Court being fully advised in
6  the matter, and there being no just cause for delay:

7  IT IS HEREBY ORDERED that the SEC's Application for an Order to Show
8  Cause Why an Order Compelling Compliance with Administrative Subpoenas should
9  not be issued is GRANTED.

10  IT IS HEREBY ORDERED that on **October 14, 2025,** at 10:00 a.m, or as soon
11  thereafter as the parties can be heard, Respondent shall appear before United States
12  Magistrate Judge Alicia G. Rosenberg, in Courtroom 550, located on the 5th Floor of
13  the Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los
14  Angeles, California 90012, to show cause, if there be any, why an Order Compelling
15  Compliance with Investigative Subpoenas should not be granted in accordance with
16  the Application filed by the SEC herein.

17  IT IS FURTHER ORDERED that any papers in opposition to the issuance of
18  an Order Compelling Compliance shall be filed by the Respondents with this Court
19  and served on the SEC's Los Angeles Regional Office at 444 S. Flower Street, 9th
20  Floor, Los Angeles, California 90071, such that they arrive no later than 5:00 p.m. on
21  September 30, 2025.

22  IT IS FURTHER ORDERED that any reply papers in support of the issuance
23  of an Order Compelling Compliance shall be filed by the SEC with this Court and
24  served on the Respondent such that they arrive no later than 5:00 p.m. on October 7,
25  2025.

26  IT IS FURTHER ORDERED that service of this Order to Show Cause, and
27  any papers in opposition to the issuance of an Order Compelling Compliance, or any
28  reply papers, may be accomplished by (i) electronic mail and UPS (United Parcel

Service), or (ii) personal service.[1]  All such papers must also be emailed on the date of service to Gary Y. Leung and Wendy E. Pearson, counsel for the SEC, at leungg@sec.gov  and pearsonw@sec.gov, and to Respondent or her attorneys of record.

     IT IS FURTHER ORDERED that the SEC shall serve this Order to Show Cause on Respondents and file a proof of service by **September 8, 2025**.

Dated: August 28, 2025

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

[1]  Following Respondents' appearance in the action through an attorney, service of any documents filed with the Court will be accomplished electronically pursuant to Local Rules.

2